UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AJAI BHATIA

v                                                          3:06cv1770  (AHN)

SHELTON, et al

## ORDER VACATING REFERRAL

The order of referral to Magistrate Judge Holly B. Fitzsimmons on November 15, 2006 is hereby vacated.

Dated at Bridgeport, Connecticut, this 20th day of December 2006.

_/s/_____
Alan H. Nevas
United States District Judge